**LUMB,** Respondent, v. **LUMB** et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Charles L. Lumb against George J. Lumb and others.

PER CURIAM. Motion to resettle order affirming the interlocutory judgment, by incorporating therein a provision granting leave to defendants appellants to answer the amended complaint herein within 20 days on the payment of costs granted, without costs. Motion for leave to appeal to the Court of Appeals (from 139 N. Y. Supp. 401) granted, and the following question certified: Should the amended demurrer herein be sustained, upon the ground

that causes of action are united in the amended complaint, herein, contrary to the provisions of section 484 of the Code of Civil Procedure? Settle order before Mr. Justice Stapleton.

LYNCH, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Alice M. Lynch against William C. Armstrong. No opinion. Judgment and order affirmed, with costs.